IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:14mc44

| | |
|---|---|
| IN RE: ) | |
| ) | AMENDED STANDING |
| Standing Order of Reference ) | ORDER OF REFERENCE |
| Re: Title 11 ) | |
| ) | |
| ) | |

Pursuant to 28 U.S.C. Section 157(a), any or all cases under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district.

If a bankruptcy judge or district judge determines that entry of a final order or judgment by a bankruptcy judge would not be consistent with Article III of the United States Constitution in a particular proceeding referred under this order and determined to be a core matter, the bankruptcy judge shall, unless otherwise ordered by the District Court, hear the proceeding and submit proposed findings of fact and conclusions

of law to the District Court. The District Court may treat any order of the Bankruptcy Court as proposed findings of fact and conclusions of law in the event the District Court concludes that the bankruptcy judge could not have entered a final order or judgment consistent with Article III of the United States Constitution.

So ORDERED this the 14th day of April, 2014.

s/Frank D. Whitney
Frank D. Whitney, Chief
United States District Judge

s/Richard L. Voorhees
Richard L. Voorhees
United States District Judge

s/Martin Reidinger
Martin Reidinger
United States District Judge

s/Robert J. Conrad, Jr.
Robert J. Conrad, Jr.
United States District Judge

s/Max O. Cogburn, Jr.
Max O. Cogburn, Jr.
United States District Judge

s/Graham C. Mullen
Graham C. Mullen, Senior
United States District Judge